Eastern District of Kentucky
**FILED**

AUG 22 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 6:24-cr-059-CHB
21 U.S.C. § 846

**KEITH WAYNE BISHOP**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Beginning on or about a day in January 2023, the exact date unknown, and continuing through on or about September 6, 2023, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**KEITH WAYNE BISHOP**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**A TRUE BILL**

██████████████
**FOREPERSON**

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.